FILED

2008 MAY 21 PM 3:07

KNH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1625 BEN

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| JULIO LUCAS-GARCIA, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Julio Lucas-Garcia</u>, Criminal Case No. 08CR1127-BEN.

DATED: May 21, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ CARLA J. BRESSLER*

CARLA J. BRESSLER
Assistant U.S. Attorney